1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

JERRY M. JURY,

               Plaintiff,

    v.

L ROHER, DEPARTMENT OF
CORRECTIONS, CLIENT MAY, PAT
GLEBE, ELDON VAIL, BERNARD
WARNER, LT. BUTLER, DEVON
SCHRUM, DUNIVAN J DANE,
CATHERINE M SLAGLE, GRAYS
HARBOR COMMUNITY COLLEGE,
KEN FURU, WARSHAM, UNIT-H6
OFFICERS, WAKEFIELD,
CARPENTER, HUTCHINSON,
STROUP, JOHNSON, RENINGER,
CORNWELL, MICHAEL L.
MELOTRICH, RON WINEINGER, I&I
STAFF, WHALEY, CLARK, DONNY,
SCCC PROPERTY ROOM OFFICIALS,
SHAIRLY I ZAT, LEGAL LIASON
JOHN AND JANE DOE 1-10

               Defendants.

CASE NO. C12-5772 BHS-KLS

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA
PAUPERIS*

20

21

     The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* does

hereby find and **ORDER**:

22

23

     Plaintiff's declaration indicates he is unable to afford the Court's filing fee or give

security therefor.  Accordingly, Plaintiff's application to proceed as a pauper is **GRANTED.  As**

24

**set forth below, an initial partial filing fee will be collected, and Plaintiff is required to**

1 **make monthly payments of 20 percent of the preceding months income credited to his/her**

2 **account until the full amount of the filing fee is satisfied.**

3      Pursuant to 28 U.S.C. § 1915 and Plaintiff's approved application to proceed *in forma*

4 *pauperis*, the agency having custody of the above named Plaintiff is directed to calculate an

5 initial partial filing fee equal to 20 percent of greater of -- the average monthly deposits to the

6 prisoner's account or the average monthly balance in the prisoner's account for the 6-month

7 period immediately preceding the date of this Order.  The initial partial filing fee should be

8 forwarded to the Court Clerk as soon as practicable.

9      Subsequently, if the prisoner's account exceeds $10.00, each month the agency is

10 directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's

11 income credited to the prisoner's account.   In the event that the monthly payment would reduce

12 the prisoner's account below $10.00, the agency should collect and forward only that amount

13 which would reduce the prisoner's account to the $10.00 level.  Please note that this $10.00 limit

14 does not apply to the initial partial filing fee described above.  Finally, the monthly payments

15 should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter

16 has been paid.

17      The Clerk is directed to send Plaintiff a copy of this Order and the General Order, along

18 with a copy of Plaintiff's Acknowledgment and Authorization portion of the IFP application to

19 the attention of the inmate account manager of the Stafford Creek Corrections Center, Aberdeen,

20 Washington.

21      DATED this 12th day of October, 2012.

22

23                                        Karen L. Strombom
                                          United States Magistrate Judge
24

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS- 2