# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JERRY M. JURY,<br><br>              Plaintiff,<br><br>v.<br><br>L. ROHER, et al.,<br><br>              Defendants. | CASE NO. C12-5772BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 27. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's Motions for Temporary Restraining Order and to Show Cause (ECF Nos. 20 and 24) are **STRICKEN** from the Court's docket.

Dated this 15th day of November, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER