UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY M. JURY,<br><br>                        Plaintiff,<br><br>          v.<br><br>L. ROHER, DEPARTMENT OF CORRECTIONS, CLINT MAY, PAT GLEBE, ELDON VAIL, BERNARD WARNER, LT. BUTLER, DEVON SCHRUM, DUNIVAN J. DANE, CATHERINE M. SLAGLE, GRAYS HARBOR COMMUNITY COLLEGE, KEN FURU, WARSHAM, UNIT-H6 OFFICERS, WAKEFIELD, CARPENTER, HUTCHINSON, STROUP, JOHNSON, RENINGER, CORNEWELL, MICHAEL L. MELOTRICH, RON WINEINGER, I&I STAFF, WHALEY, SGT. CLARK, DONNY, SCCC PROPERTY ROOM OFFICIALS, SHAIRLY I. ZAT, LEGAL LIASON JOHN AND JANE DOES 1-10,<br><br>                        Defendants. | No. C12-5772 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

By Order dated October 17, 2012, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order. ECF No. 26. Plaintiff was given a deadline to amend or show cause by November 16, 2012. *Id.* On November 20, 2012, Plaintiff filed a motion for extension of time requesting an extension of the deadline for thirty or sixty days. ECF No. 29. Plaintiff states that he has been ill and his access to library time is limited. *Id.*

Accordingly, it is **ORDERED:**

ORDER - 1

(1)    Plaintiff's motion for extension of time (ECF No. 29) is **GRANTED**.  Plaintiff must show cause or file his amended complaint on or before **January 11, 2013**, or the Court will recommend dismissal of this action.

(2)    The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this  30th  day of November, 2012.

　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 2